1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>  v.<br><br>AMY BROOKE,<br><br>                Defendant. | CASE NO. 3:22-cv-05191-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF PROCESS |

      This matter comes before the Court on Plaintiff's Motion to Extend Time for Service of Process. Dkt. # 9. The Court has considered the motion and its supporting materials. The Court finds good cause and GRANTS Plaintiff's Motion to Extend Time for Service of Process. Plaintiff may have an additional ninety (90) days to service Defendant with process. If this Court permits service by publication and if at the end of the 90-day period set forth above, the series of weekly publications required for service by publication is ongoing, Defendant may seek a further extension to complete service by publication.

ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND TIME FOR
SERVICE OF PROCESS - 1

Dated this 1st day of July, 2022.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND TIME FOR
SERVICE OF PROCESS - 2