UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMY BROOKE,<br><br>　　　　　　Defendant. | NO.  3:22-cv-05191-JHC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE THE ENTRY OF DEFAULT |

This matter comes before the Court on Defendant's Motion to Set Aside the Entry of Default.  Dkt. # 19.  The Court has duly considered the argument, pleadings, papers, declarations, and exhibits submitted by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.  Defendant's Motion to Set Aside the Entry of Default is GRANTED.

DATED this 31st day of October, 2022.

_____
The Honorable John H. Chun
U.S. District Court Judge

ORDER GRANTING DEFENDANT'S MOTION TO SET
ASIDE THE ENTRY OF DEFAULT - 1
NO. 3:22-CV-05191-JHC