UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PROGRESSIVE CASUALTY INSURANCE COMPANY, )
)
)
Plaintiff, )
)
v. )
)
AMY BROOKE )
)
Defendant. )
)
)
)
)

Case No. 3:22-cv-05191-JHC

ORDER DENYING NON-PARTY
ADAM HAWKINS MOTION TO
INTERVENE AND REQUIRE JOINDER

This matter comes before the Court on Non-Party Adam Hawkins' Motion to Intervene and Require Joinder.  Dkt. # 23.  The Court has considered the materials submitted in support of, and in opposition to, the motion, as well as the pleadings and filings in the record.  Being fully advised, the Court DENIES the motion.

DATED this 31st day of October, 2022.

The Honorable John H. Chun
United States District Court Judge

ORDER DENYING MOTION TO INTERVENE
AND REQUIRE JOINDER - 1
Case No. 3:22-cv-05191-JHC